114-15

COA # 08-12-00065-CR          OFFENSE: OTHER CRIMINAL

STYLE: Fernando Magalde v. The State of Texas          COUNTY: El Paso

COA DISPOSITION: AFFIRM          TRIAL COURT: 120th District Court

DATE: 3/28/14          Publish: NO  TC CASE #: 20110D05035

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Fernando Magalde v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 06/24/15          SIGNED: _____  PC: _____
JUDGE: _____          PUBLISH: _____  DNP: _____

--------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____